Frank R. GOLDSMITH, Petitioner—Appellant,

v.

State of WASHINGTON, Respondent—Appellee.

No. 07–35516.

United States Court of Appeals, Ninth Circuit.

Submitted March 28, 2008.*

Filed April 3, 2008.

Frank R. Goldsmith, Spokane, WA, pro se.

Before: PREGERSON, THOMAS and W. FLETCHER, Circuit Judges.

MEMORANDUM **

On December 27, 2007, this court concluded that, to the extent a certificate of appealability is required in this appeal, the request for a certificate of appealability is denied. By same order, this court determined that, to the extent a certificate of appealability is unnecessary in this case because appellant is a state pretrial detainee, *see McNeely v. Blanas,* 336 F.3d 822, 832 n. 10 (9th Cir.2003), appellant shall show cause as to why the district court's June 7, 2007, judgment should not be summarily affirmed.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

**630**

A review of appellant's response to the order to show cause indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's judgment.

**AFFIRMED.**